DEFENDANT: ADAM NAUVEED HAYAT

YOB: 1981

ADDRESS (CITY/STATE): Denver County, CO

OFFENSE(S): Possession of Firearms Not Registered With the National Firearms Registration and Transfer Record (26 U.S.C. § 5861(d))

LOCATION OF OFFENSE (COUNTY/STATE): Denver/Colorado

PENALTY: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment

AGENT: Garrett Anderson
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY: Judith A. Smith
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X  five days or less       _____ over five days       _____ other

THE GOVERNMENT

  X   will seek detention in this case under 3142(f)(1)(E)

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:     _____ Yes     X     No