To: Judge Hegarty (Honorable), Judge Jackson (Honorable), | March 28, 2017
Julia Martinez esquire (U.S.), Matthew Golla esquire (public).

RE: Case # 17-cr-075-RBJ; U.S. v. Adam Hayat.
Motion to dismiss case based on mishandled legal process.

---

I, Adam Hayat (defendant, actual) hereby enter a motion to dismiss my case based on ~~three~~ portions of the procedure being mishandled or slowed down with regard to the law. The (3) grievances are as follows. (1) BOP psychologists misinforming me as to the law. (1) Dr. Johnson (PhD) stating I must return to GP before I recieve initial hearing. I knew this to **not** be true. Was not assigned counsel at the time. Was misinformed of the requirements to recieve counsel, knowingly. I had to continue as Dr. Johnson prescribed, me being without counsel & hearing postponed per medical staff despite my request to be moved to a medical facility prior to hearing.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 10 2017
JEFFREY P. COLWELL
CLERK

(2) On top of the already slowed process I have found myself in, I understand the ATF to be tardy in making/sending reports to the court, per my last hearing. Judge Hegarty's microphone would be of note with regard to mentioned. This was recorded, in other words, by the court. Ms. Martinez as well.

(3) The ~~court's~~ overall tardiness in providing myself with legal counsel. As the public defender stated before initial hearing, he learned of this case 15 minutes before meeting me. This was after a one week postponement put on by a person holding a ph.d. versus a Juris Doctorate.

---

With all due respect to the Public Defenders office, as well as convening authority, I am aware the US attorney's as well as the public defender's paychecks hail from the same place (same account, DOJ). Meaning, I have partial representation, as far as I am concerned. At any rate, the above mentioned matters are my reason to file a motion to dismiss my case. My apologies for going over Mr. Golla's head with this. And for creating such a ridiculous case of media attention.

Yours Truly,

*Adam Hayat*
Adam Hayat # 66003-112
March 28, 2017 - GEO
Case # 17-cr-75-RBJ

Hayat #66003-112 (A4)
3130 N. Oakland St.
Aurora, CO 80010

to,
Courtclerk → please forward [illegible]

Scanned by
US Marshal

Magistrate Judge Michael E. Hegarty
Chambers A542
Courtroom A501
901 19th Street
Denver, CO 80294





H/ SLER
$0.490
US POSTAGE