April 13, 2017

TO: Judge Jackson; Agent English.

RE: Do you want me dead or alive? You can't decide it seems. *I use bad words in this letter ☺.*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 19 2017
JEFFREY P. COLWELL
CLERK

This system is a <u>joke.</u> You (federal gov't) can't decide whether you want me alive or dead. First, you destroy my immune system with your experimental vaccines (per Tulane U. & World health org.). Second, the VA won't compensate me for <u>shit</u> hardly. Third, I cry out for help only to recieve a criminal case in return. Now, why don't you help me for a change. Or, quit wasting the public's time. This event (media) is what I was hoping for TV-wise. I realize my part middle-eastern, LGBT background is a problem for this court, especially as a former <u>enlisted man</u>. STOP WASTING MY TIME, PLEEAASSE! I love that you want me to take the stand with a mild speech ipedement. I won't take the stand unless you recognize every symptom I bare from your disease. The government as a whole is responsible & I know damn well PRESIDENT TRUMP <u>ain't</u> here to help us when it comes to said matter. "Gulf related illness" has yet to come out of his mouth. Notice the vets who support him didn't see wartime, or work for the government. Or, they just don't have the support of the veteran community (I wonder why). Veterans who are for Trump got paid off. You know it, Judge, Sir. The ones that stand up and speak for him, nonetheless. Stop torturing me.

☺

Signed
Adam Hart #66003-112

RE: case # 17-cr-75-RBJ

Hoyat #66003-112
3130 N. copeland
Aurora, Co 80010

Judge Jackson
1801 California
Denver, Co 80202

US POSTAGE
$0.49
HASLER