**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 17-cr-075-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADAM NAUVEED HAYAT,

       Defendant.

---

**NOTICE OF DISPOSITION**

---

Adam Nauveed Hayat, by and through undersigned counsel, Matthew Golla, hereby notifies this Court that a disposition has been reached in his case with the government. Accordingly, the parties are requesting permission to contact the Judge's chambers to schedule a change of plea hearing.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ Matthew Golla
       MATTHEW C. GOLLA
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Matt_Golla@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on, January 4, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Julia Martinez, Assistant United States Attorney
    E-mail: julia.martinez@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    <u>Via U.S. Postal Service, regular mail</u>
    Adam Nauveed Hayat
    Reg. No. 11450-091
    GEO Aurora Detention Center
    3130 N. Oakland Street
    Aurora, CO 80010

                                      s/ Matthew Golla
                                      MATTHEW C. GOLLA
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      Matt_Golla@fd.org