**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 17-cr-075-RBJ

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ADAM NAUVEED HAYAT,

  Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**
_____

  COMES NOW the Defendant, Adam Nauveed Hayat ("Mr. Hayat"), by and through undersigned counsel ("counsel"), Assistant Federal Public Defender, Matthew C. Golla, and respectfully requests this Honorable Court to continue the change of plea hearing currently set for Thursday, March 15, 2018, at 8:30 a.m. in the above-captioned case. In support of this motion, undersigned counsel would show as follows:

  1. A change of plea hearing is currently scheduled for Thursday, March 15, 2018, at 8:30 a.m..

  2. Undersigned counsel needs additional time to review the plea documents with Mr. Hayat and make any necessary revisions.

  3. Counsel will be unable to accomplish this prior to the change of plea currently set for next week.

  4. Counsel contacted Assistant U.S. Attorney Julia Martinez and she does not oppose this motion.

WHEREFORE, counsel respectfully requests that the change of plea hearing currently set for Thursday, March 15, 2018, at 8:30 a.m. be continued for a period of three weeks. Counsel also requests permission for the parties to contact chambers to reschedule the change of plea date for a time and date suitable for all parties.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender, Interim

s/ Matthew C. Golla
Matthew C. Golla
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Matt_golla@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Julia Martinez, Assistant U.S. Attorney
    Email: julia.martinez@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    <u>Via U.S. Postal Service, regular mail</u>
    Adam Nauveed Hayat
    Reg. No. 11450-091
    GEO Aurora Detention Center
    3130 N. Oakland Street
    Aurora, CO 80010

    s/ Matthew C. Golla
    MATTHEW C. GOLLA
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado   80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Matt_Golla@fd.org
    Attorney for Defendant

    Attorney for Defendant