# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>ADAM NAUVEED HAYAT<br>_Defendant_ | ) ) ) Case No. 17-cr-075-RBJ<br>) )<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/22/18

_Defendant's signature_

_Signature of defendant's attorney_

MATTHEW C. GOLLA
_Printed name of defendant's attorney_

_Judge's signature_

R. BROOKE JACKSON
_Judge's printed name and title_