IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00075-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM NAUVEED HAYAT

    Defendant.

## ORDER

    This matter is before me on the Government's Motion for Competency Evaluation under 18 U.S.C. § 4241, filed July 17, 2021.  (Doc. 121).  By order dated July 23, 2021, I ordered that the defendant be committed to the custody of the Attorney General for a psychiatric and psychological examination in accordance with 18 U.S.C. § 4247(b) and (c). (Doc 126).

    Dr. Angela van der Walt conducted the examination, prepared a report, and filed it with the Court on August 23, 2021. (Doc. 128).  In that report, Dr. van der Walt opined that defendant suffers from a mental disease or defect making him incompetent to proceed as he is unable to properly to assist in his defense. A

hearing pursuant to 18 U.S.C. § 4247 was set for September 20, 2021, and Dr. van der Walt was available for testimony on that date.

Following review of the report and hearing from the defendant, I find and conclude by a preponderance of the evidence that the defendant, ADAM NAUVEED HAYAT, currently suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of proceedings against him or to assist properly in his defense.

Accordingly, it is ordered, pursuant to 18 U.S.C. § 4241(d):

1. The defendant is committed to the custody of the Attorney General;

2. The Attorney General shall hospitalize defendant for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as may be necessary to determine whether there is a substantial probability in the foreseeable future that the defendant will attain the capacity to permit him to go forward with the proceedings;

3. Before the expiration of the four-month period, the director of the facility in which the defendant is hospitalized pursuant to this order shall file a report whether or not the defendant's mental condition has improved so as to permit the proceedings to go forward;

4.  If it is determined that the defendant has not so improved as to permit the proceedings to go forward, the court shall be advised and the matter shall proceed in accordance with 18 U.S.C. § 4246.

Dated: September 22, 2021.

By the Court

_____
R. Brooke Jackson
United States District Judge